JOSEPH A. WELCH, ESQ. – SBN 119312   (FOR COURT STAFF USE ONLY)
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
VYACHESLAV ROTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: S-07-122 EJG |
| **Plaintiff,** | |
| **PHI VAY BUI, DAVID NGUYEN, VYACHESLAV ROTAR, and MAKSIM KARASENI** | **STIPULATION AND ORDER RE SENTENCING HEARING** |
| | DATE:   10/31/08 |
| | TIME:   10:00 a.m. |
| | COURT:  Hon. Edward J. Garcia |
| **Defendants.** | |

Defendant, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Phillip A. Talbert, agree as follows:

It is hereby stipulated that the Sentencing Hearing currently set for October 10, 2008, be vacated and a new Sentencing Hearing be scheduled on November 7, 2008 at 10:00 a.m., to allow for additional time to complete the Probation Report. It is further stipulated and agreed between the parties that the schedule for the Disclosure of Pre-Sentence Report and Objections is revised as follows:

Date of Referral to Probation Officer:            7/25/08

Judgment and Sentencing Date:                    11/7/08

- 1 -

Stipulation and Order

| | |
|---|---|
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on Probation Officer and opposing counsel no later than: | 10/31/08 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/24/08 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 10/10/08 |

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf. In addition, Defendant has previously waived an interpreter.

Respectfully submitted,

Dated: September 19, 2008        /S/ Joseph Welch
                                 Joseph Welch
                                 Attorney for Defendant
                                 VYACHESLAV ROTAR

DATED: September 19, 2008        McGREGOR W. SCOTT
                                 United States Attorney

                                 /S/ Phillip A. Talbert
                                 PHILLIP A. TALBERT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Sentencing Hearing currently set for October 10, 2008, be vacated and a new Sentencing Hearing be scheduled on November 7, 2008 at 10:00 a.m. The revised scheduling order is approved.

DATED:  September 23, 2008       /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 United States District Court Judge