JOSEPH A. WELCH, ESQ. – SBN 119312
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
VYACHESLAV ROTAR

FILED
OCT 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: S-07-122 EJG |
| Plaintiff, | |
| vs. | **AMENDED** STIPULATION AND [~~PROPOSED~~] ORDER RE SENTENCING HEARING |
| PHI VAY BUI, DAVID NGUYEN, VYACHESLAV ROTAR, and MAKSIM KARASENI | |
| | DATE: 11/7/08 |
| | TIME: 10:00 a.m. |
| Defendants. | COURT: Hon. Edward J. Garcia |

Defendant, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

It is hereby stipulated that the Sentencing Hearing currently set for October 10, 2008, be vacated and a new Sentencing Hearing be scheduled on November 7, 2008 at 10:00 a.m., to allow for additional time to complete the Probation Report. It is further stipulated and agreed between the parties that the schedule for the Disclosure of Pre-Sentence Report and Objections is **amended** as follows:

Date of Referral to Probation Officer:      7/25/08

Judgment and Sentencing Date:      11/7/08

- 1 -

Stipulation and Order

| | | |
|---|---|---|
| 1 2 3 | Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on Probation Officer and opposing counsel no later than: | 10/30/08 |
| 4 5 | Pre-Sentence Report shall be filed and disclosed to all parties | 10/24/08 |
| 6 7 8 | Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/17/08 |
| 9 10 | The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 10/10/08 |

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf. In addition, Defendant has previously waived an interpreter.

Respectfully submitted,

Dated: September 26, 2008

/S/ Joseph Welch
Joseph Welch
Attorney for Defendant
VYACHESLAV ROTAR

DATED: September 26, 2008

McGREGOR W. SCOTT
United States Attorney

/S/ Todd Leras
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Sentencing Hearing currently set for October 10, 2008, be vacated and a new Sentencing Hearing be scheduled on November 7, 2008 at 10:00 a.m. The revised scheduling order is approved.

DATED: Oct 7, 2008

HON. EDWARD J. GARCIA
United States District Court Judge