JOSEPH A. WELCH, ESQ. – SBN 119312
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
VYACHESLAV ROTAR

(FOR COURT STAFF USE ONLY)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No.: S-07-122 EJG** |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATION AND ORDER RE** |
| **PHI VAY BUI, DAVID NGUYEN,** ) | **SENTENCING HEARING** |
| **VYACHESLAV ROTAR, and** ) | |
| **MAKSIM KARASENI** ) | **DATE:   12/10/08** |
| ) | **TIME:   10:00 a.m.** |
| ) | **COURT:  Hon. Edward J. Garcia** |
| **Defendants**. ) | |
| ) | |
| ) | |

    Defendant, VYACHESLAV ROTAR, through his attorney of record, Joseph Welch, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

    It is hereby stipulated that the Sentencing Hearing currently set for December 10, 2008, be vacated and a new Sentencing Hearing be scheduled on January 21, 2009 at 10:00 a.m. for the purpose of the Government and defense counsel to engage in further negotiations regarding disposition.

////

////

////

- 1 -

All counsel and U.S. Probation have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf. In addition, Defendant has previously waived an interpreter.

Respectfully submitted,

Dated: December 8, 2008                /S/ Joseph Welch
                                       Joseph Welch
                                       Attorney for Defendant
                                       VYACHESLAV ROTAR

DATED: December 8, 2008                McGREGOR W. SCOTT
                                       United States Attorney

                                       /S/ Todd David Leras
                                       TODD DAVID LERAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Sentencing Hearing currently set for December 10, 2008, be vacated and a new Sentencing Hearing be scheduled on January 21, 2009 at 10:00 a.m.

DATED:  December 8, 2008               /s/ Eward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Court Judge